## (September 4, 1981)

■ In the Matter of EDYTHE M. BELTZ et al., Petitioners, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Proceeding No. 1.) In the Matter of EDYTHE M. BELTZ, Petitioner, v CARMEN RODRIGUEZ et al., Respondents. (Proceeding No. 2.) In the Matter of CARMEN I. RODRIGUEZ, Petitioner, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Proceeding No. 3.) In the Matter of CARMEN I. RODRIGUEZ, Petitioner, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Proceeding No. 4.) In the Matter of GRACE H. HUTSON et al., Appellants, v JAMES F. BASS, Respondent, and CARMEN I. RODRIGUEZ et al., Respondents. (Proceeding No. 5.) In the Matter of PERSIO A. MALDONADO et al., Petitioners, v ANTHONY SADOWSKI et al., Respondents. (Proceeding No. 6.) In the Matter of PERSIO A. MALDONADO et al., Petitioners, v ANTHONY SADOWSKI et al., Respondents. (Proceeding No. 7.) In the Matter of CARMEN I. RODRIGUEZ, Petitioner, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Proceeding No. 8.) — On remittitur from the Court of Appeals, judgment, Supreme Court, New York County (Tierney, J.), entered on August 25, 1981 (Proceeding No. 5), unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.

## (September 17, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN WILSON, Appellant. — Judgment, Supreme Court, New York County (Becker, J., at plea and sentence; Denzer, J., at suppression), rendered on May 22, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.